Order issued April 15, 2014



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-02-00114-CV

———————————————

**E. PIERCE MARSHALL, INDIVIDUALLY, AS WILL PROPONENT, AS CO-TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF E. PIERCE MARSHALL, JR., AS CO-TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF PRESTON MARSHALL, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC. STOCKHOLDING TRUST, AS TRUSTEE OF THE MARSHALL MUSEUM AND LIBRARY TRUST, AS TRUSTEE OF THE BETTYE B. MARSHALL LIVING TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, MARITAL TRUST NUMBER TWO, AND AS TRUSTEE OF THE E. PIERCE MARSHALL FAMILY TRUST CREATED UNDER THE BETTYE B. MARSHALL LIVING TRUST INDENTURE DATED OCTOBER 30, 1990; ELAINE MARSHALL, INDIVIDUALLY, AS CO-TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF E. PIERCE MARSHALL, JR., AND AS CO-TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF PRESTON MARSHALL; E. PIERCE MARSHALL, JR.; PRESTON MARSHALL; MARSHALL PETROLEUM, INC.; TROF, INC.; FINLEY HILLIARD, INDIVIDUALLY, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIVING TRUST, AS TRUSTEE OF THE MARSHALL**

PETROLEUM, INC. STOCK HOLDING TRUST, AS TRUSTEE OF THE GRANTOR RETAINED ANNUITY TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL CHARITABLE LEAD TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIQUIDATING TRUST NUMBER TWO, AND AS TRUSTEE OF THE J. HOWARD MARSHALL, II, FAMILY TRUST; KEN FARRAR, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIVING TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIQUIDATING TRUST NUMBER ONE, AND AS TRUSTEE OF THE J. HOWARD MARSHALL, II, FAMILY TRUST; AND DR. STEPHEN COOK, AS TRUSTEE OF THE MARSHALL MUSEUM AND LIBRARY TRUST, Appellants

V.

J. HOWARD MARSHALL, III; VICKIE LYNN MARSHALL; HARVEY SORENSEN; AND FOULSTON & SIEFKIN, L.L.P., Appellees

****

FOULSTON & SIEFKIN, L.L.P. AND HARVEY SORENSEN, Appellants

V.

J. HOWARD MARSHALL, III, Appellee

****

J. HOWARD MARSHALL, III, Appellant

V.

E. PIERCE MARSHALL, INDIVIDUALLY, AS WILL PROPONENT, AS CO-TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF E. PIERCE MARSHALL, JR., AS CO-TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF PRESTON MARSHALL, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC. STOCKHOLDING TRUST, AS TRUSTEE OF THE MARSHALL MUSEUM AND LIBRARY TRUST, AS TRUSTEE OF THE BETTYE B. MARSHALL LIVING TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, MARITAL TRUST NUMBER TWO, AND AS TRUSTEE OF THE E. PIERCE MARSHALL FAMILY TRUST CREATED UNDER THE BETTYE B. MARSHALL LIVING TRUST INDENTURE

2

DATED OCTOBER 30, 1990; ELAINE MARSHALL, INDIVIDUALLY, AS CO-TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF E. PIERCE MARSHALL, JR., AND AS CO-TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF PRESTON MARSHALL; E. PIERCE MARSHALL, JR.; PRESTON MARSHALL; MARSHALL PETROLEUM, INC.; TROF, INC.; FINLEY HILLIARD, INDIVIDUALLY, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIVING TRUST, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC. STOCK HOLDING TRUST, AS TRUSTEE OF THE GRANTOR RETAINED ANNUITY TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL CHARITABLE LEAD TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIQUIDATING TRUST NUMBER TWO, AND AS TRUSTEE OF THE J. HOWARD MARSHALL, II, FAMILY TRUST; KEN FARRAR, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIVING TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIQUIDATING TRUST NUMBER ONE, AND AS TRUSTEE OF THE J. HOWARD MARSHALL, II, FAMILY TRUST; HARVEY SORENSEN; FOULSTON & SIEFKIN, L.L.P.; DR. STEPHEN COOK, AS TRUSTEE OF THE MARSHALL MUSEUM AND LIBRARY TRUST; CHARLES KOCH; DON CORDES; AND KOCH INDUSTRIES, INC., Appellees

\*\*\*\*

**VICKIE LYNN MARSHALL, Appellant**

**V.**

E. PIERCE MARSHALL, AS WILL PROPONENT, INDIVIDUALLY, AS CO-TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF E. PIERCE MARSHALL, JR., AS CO-TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF PRESTON MARSHALL, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC. STOCKHOLDING TRUST, AS TRUSTEE OF THE MARSHALL MUSEUM AND LIBRARY TRUST, AS TRUSTEE OF THE BETTYE B. MARSHALL LIVING TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, MARITAL TRUST NUMBER TWO, AND AS TRUSTEE OF THE E. PIERCE MARSHALL FAMILY TRUST CREATED UNDER THE BETTYE B. MARSHALL LIVING TRUST INDENTURE DATED OCTOBER 30, 1990; ELAINE MARSHALL, INDIVIDUALLY, AS CO-TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR

3

**THE BENEFIT OF E. PIERCE MARSHALL, JR., AND AS CO-TRUSTEE OF THE MARSHALL GRANDCHILDREN'S TRUST FOR THE BENEFIT OF PRESTON MARSHALL; E. PIERCE MARSHALL, JR.; PRESTON MARSHALL; MARSHALL PETROLEUM, INC.; TROF, INC.; FINLEY HILLIARD, INDIVIDUALLY, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIVING TRUST, AS TRUSTEE OF THE MARSHALL PETROLEUM, INC. STOCK HOLDING TRUST, AS TRUSTEE OF THE GRANTOR RETAINED ANNUITY TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL CHARITABLE LEAD TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIQUIDATING TRUST NUMBER TWO, AND AS TRUSTEE OF THE J. HOWARD MARSHALL, II, FAMILY TRUST; KEN FARRAR, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIVING TRUST, AS TRUSTEE OF THE J. HOWARD MARSHALL, II, LIQUIDATING TRUST NUMBER ONE, AND AS TRUSTEE OF THE J. HOWARD MARSHALL, II, FAMILY TRUST; HARVEY SORENSEN; FOULSTON & SIEFKIN, L.L.P.; AND DR. STEPHEN COOK, AS TRUSTEE OF THE MARSHALL MUSEUM AND LIBRARY TRUST, Appellees**

---

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Case No. 276,815-402**

---

**MEMORANDUM ORDER**

Appellees and cross-appellants, Harvey R. Sorensen and Foulston & Siefken, L.L.P., have filed a motion to dismiss their appeal. No opinion has issued and no party has filed a response to the motion. *See* TEX. R. APP. P. 10.1(b), 10.3. Accordingly, we grant the motion and dismiss Harvey R. Sorensen and Foulston & Siefken, L.L.P.'s appeal. *See* TEX. R. APP. P. 42.1(a)(1). All other appeals remain pending.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.